JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ELGUEZABAL,<br><br>        Plaintiff,<br><br>   v.<br><br>276 E. HIGHLAND AVENUE, INC.; and Does 1-10,<br><br>        Defendants. | Case: 5:14-CV-02268-JGB-SP<br><br>**NOTICE OF DISMISSAL & ORDER THEREON** |

**ORDER**

The entire case is hereby ordered dismissed with prejudice.

Dated: 2/10/2015          _____
                          HONORABLE JESUS G. BERNAL
                          UNITED STATES DISTRICT COURT JUDGE